# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| MARIO ABREU, | : | No. 69 MAP 2016 |
| | : | |
| Appellant | : | Appeal from the Order of the |
| | : | Commonwealth Court at No. 127 MD 2014 |
| | : | dated 6/6/16, exited 6/7/16 |
| v. | : | |
| | : | |
| | : | |
| PENNSYLVANIA BOARD OF | : | |
| PROBATION AND PAROLE, | : | |
| | : | |
| Appellee | : | |

## <u>ORDER</u>

**PER CURIAM**                                        **DECIDED:  February 22, 2017**

     **AND NOW**, this 22nd day of February, the Order of the Commonwealth Court is hereby AFFIRMED.